UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:19-cv-00523

**Kendra Hankerd,**
*Plaintiff,*
v.
**Federal Bureau of Investigation,**
**et al.,**
*Defendants.*

Before BARKER, *District Judge*

## ORDER

On November 20, 2019, United States Magistrate Judge K. Nicole Mitchell issued a report and recommendation that plaintiff's motion to proceed in forma pauperis (Doc. 2) be denied and that her complaint (Doc. 1) be dismissed with prejudice as barred by the doctrine of res judicata[1] and as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B). Doc. 5. The report also recommends barring the plaintiff from filing any new lawsuits in this district without payment of the full filing fee.

The report was sent to the plaintiff at her last known address by certified mail. It was returned with the notation "not known unable to forward." Doc. 7. The plaintiff has not provided the court with a current address or filed written objections to the report.

The court finds no "clear error on the face of the record." *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc) (quoting Fed. R. Civ. P. 72(b) advisory committee's note (1983)). Therefore, the court **adopts** the magistrate judge's findings and conclusions. Plaintiff's motion to

---

[1] *See Hankerd v. Federal Bureau of Investigation, et al.*, No. 6:18-cv-00204; *Hankerd v. United States of America, et al.*, No. 6:19-cv-00063; and *Hankerd v. State of Tennessee, et al.*, No. 6:19-cv-00195.

proceed in forma pauperis (Doc. 2) is **denied** and this action is **dismissed with prejudice** as barred by the doctrine of res judicata and as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B).

In addition, the plaintiff is **barred** from filing any new lawsuits in this district without payment of the full filing fee. Any motion not previously ruled on is **denied**.

*So ordered by the court on January 17, 2020.*

J. CAMPBELL BARKER
United States District Judge